IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01942-BNB

CHRIS DONNELLY,

    Plaintiff,

v.

BRIAN SHAW,

    Defendant.

ORDER OF DISMISSAL

    Plaintiff, Chris Donnelly, is a prisoner in the custody of the Pennsylvania Department of Corrections in Bellefonte, Pennsylvania. He submitted *pro se* a motion titled "Emergency Preliminary Injunction Temporary Restraining Order 42 USC 1983" (ECF No. 1).

    The Court reviewed the documents and determined they were deficient. On July 14, 2014, Magistrate Judge Boyd N. Boland entered an order (ECF No. 3) directing Mr. Donnelly to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims. The July 14 order pointed out that Mr. Donnelly failed to submit either the $400.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper, Court-approved form. The July 14 order also pointed out that Mr. Donnelly failed to submit a Prisoner Complaint on the proper, Court-approved form. The July 14 order directed Mr. Donnelly to obtain, with the assistance of his case manager or the facility's legal assistant, the Court-approved

forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The July 14 order warned him that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

Mr. Donnelly has failed to cure the designated deficiencies as directed within the time allowed or otherwise communicate with the Court. Therefore, the action will be dismissed without prejudice for Mr. Donnelly's failure to cure the designated deficiencies as directed within the time allowed, and for his failure to prosecute.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Donnelly files a notice of appeal he also must pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Chris Donnelly, to cure the deficiencies designated in the order to cure of July 14, 2014, within the time allowed, and for his failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this   25th   day of    August    , 2014.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court